IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 09-cv-02992-LTB-KLM

NEAL VAN LIEROP,

    Plaintiff,

v.

MHC HOLIDAY HILLS VILLAGE, LLC, a Foreign Limited Liability Company d/b/a HOLIDAY HILLS VILLAGE, and
EQUITY LIFESTYLE PROPERTIES, INC., a Maryland corporation,

    Defendants.

## ORDER RE: STIPULATION FOR DISMISSAL WITH PREJUDICE

This matter, having come before the Court on the Parties' Stipulation for Dismissal with Prejudice, and the Court having been fully advised,

ORDERS that the matter is hereby DISMISSED WITH PREJUDICE, with each party to bear her or its own costs and attorneys' fees.

DATED this __14th__ day of July, 2010.

                                BY THE COURT:

                                s/Lewis T. Babcock
                                Lewis T. Babcock, Judge